R. D. Robinson, for appellant; Riley Stevens, of counsel. Robert J. Walberg and R. C. Hunt, for appellees.

Mr. Justice Partlow delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Stanley Bishop, plaintiff in error. Gen. No. 7,073.**

Conviction for an unlawful attempt to manufacture intoxicating liquor and for the unlawful operation of a still. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded with directions. Opinion filed August 5, 1922. Rehearing denied and opinion modified October 3, 1922.

Joseph A. Jadrich, for plaintiff in error. Ashbel V. Smith and Sidney H. Block, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.

---

**Stockton Electric Company, appellee, v. Lena Electric Light & Power Company, appellant. Gen. No. 7,076.**

Suit to restrain defendant from cutting off electric service to plaintiff. Temporary injunction granted. Answer and cross-bill praying for judgment for an unpaid balance for prior service. Decree against defendant on the cross-bill and injunction dissolved as unnecessary. Appeal from the Circuit Court of Stephenson county; the Hon. F. J. Stransky, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed August 5, 1922.

Robert A. Hunter, for appellant. R. R. Tiffany, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

**Joseph F. Faber, appellant, v. Charles A. Kimmel et al., appellees. Gen. No. 7,080.**

Suit for partition of land and to remove certain clouds on title to land. Cross-bill filed. Decree partly in accordance with the prayer of the bill and partly in accordance with the prayer of the cross-bill. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed August 5, 1922. Rehearing denied October 3, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Arthur Keithley, for appellant. Charles A. Kimmel and Judson Starr, for appellees.

Mr. Justice Partlow delivered the opinion of the court.

---

**Alonzo C. Bass for use of Frank R. Mercer and Lewis H. Mercer, appellees, v. Malden Elevator Company. Virginia N. Gillham, intervening petitioner, appellant. Gen. No. 7,085.**

Garnishment proceedings. Petition by an intervener claiming the corn and proceeds in the hands of the garnishee. Judgment for plaintiffs and appeal therefrom by the intervener. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed August 5, 1922.

Cairo A. Trimble and Perry D. Trimble, for appellant. J. L. Spaulding and Watts A. & Carey R. Johnson, for appellees.

Mr. Justice Partlow delivered the opinion of the court.